FILED AUG 16 '22 PM 12:17 USDCALS

**APPENDIX A**
**COMPLAINT FORMAT**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## _____ DIVISION

(Name of Plaintiff)
**Plaintiff**
Washonda Hunt
vs.

Civil Action No. 22-CV-320-CG-B

(Name of Defendant(s))
**Defendant**
Century Import Automotive, Inc.

## COMPLAINT
(Double space text of complaint)

1.

(Grounds for jurisdiction)
personal Injury - misrepresentation

2.

(Show plaintiff's name(s) and residence or address)
Ms. Washonda Howard-Hunt
912 Nellie Street
Mobile, Alabama 36605

3.

(Show defendant(s) name(s) and address(es))
Century Import Automotive, Inc
9081 Airport Blvd.
Mobile, Alabama 36608

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) Ray at Century Import Automotive has mislead me. Under misrepresentation Washonda Howard-Hunt could not sale my 2005 Pontiac 5. because of lack of document with the delay I was told from the DMV by Century Import

(Give a brief, concise statement of the specific facts involved in your case) I went to the DMV to get some kind of understand on the delay on receiving a title. Me and mother were told the car dealer did not Release the title. The car was towed.

(State the relief you are requesting.) The car was towed because of no tag because of the fault of the dealer the DMV stated they do not understand what the dealer is doing as far as the title release. I just receive the title, July 1, 2022. The person I sold the car to ended up with Covid-19 I ended up with Covid-19. But, before we ended up with Covid-19. We just could not get the information we needed to receive a tag or title from Century Auto owner. I am asking for $3,000 for the lost, and towing of the car. I am Requesting $3,000. I lost this car the way the DMV explained the dealer did something wrong.

Washonda Howard-Hunt
(Signature and date), pro se

912 Nellie Street
(Address)

(251) 648-6420
(Phone Number)