## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WASHONDA HOWARD-HUNT,     ) | |
|     ) | |
|     **Plaintiff,**     ) | |
|     ) | |
| **vs.**     ) | **CIVIL ACTION 22-320-CG-B** |
|     ) | |
| CENTURY IMPORT AUTOMOTIVE,     ) | |
| INC.,     ) | |
|     ) | |
|     **Defendant.**     ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and entered January 6, 2023 (Doc. 4) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction.

**DONE and ORDERED** this 2nd day of February, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE