# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WASHONDA HOWARD-HUNT, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  CIVIL ACTION 22-320-CG-B |
| CENTURY IMPORT AUTOMOTIVE, INC., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction.

**DONE and ORDERED** this 2nd day of February, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE